UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DUMAS,<br><br>          Petitioner,<br><br>   v.<br><br>DAVID LONG,<br><br>          Respondent. | Case No. EDCV 14-328 MMM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 6, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE